IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re WYATT & McALISTER, PLLC
A Mississippi Limited Liability Company     CIVIL ACTION NO. 3:10cv436HTW-LRA

### ENTRY OF APPEARANCE

COMES NOW Joseph Anthony Sclafani, Esq., and enters his appearance as counsel of record for interested party Mary E. McAlister (a member in good standing of Wyatt & McAlister, PLLC having a fifty percent voting interest in said Mississippi professional limited liability company).

This the 23rd day of August, 2010.

                                             Respectfully submitted,

                                             MARY E. McALISTER,
                                             Member of Wyatt & McAlister, PLLC

                                             By: /s/ Joseph Anthony Sclafani
                                                           One of Her Attorneys

OF COUNSEL:

Lawrence E. Allison, Jr., Esq. (MSB No. 1534)
Joseph A. Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, MS 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
lallison@brunini.com
jsclafani@brunini.com

## CERTIFICATE OF SERVICE

I, Joseph Anthony Sclafani, hereby certify that on August 23, 2010, I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent electronic notification of such filing to All Counsel of Record.

Further, I hereby certify that I have mailed by United States Postal Service the document to the following: NONE.

This the 23rd day of August, 2010.

s/ Joseph Anthony Sclafani