IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re WYATT & McALISTER, PLLC                    CASE NO. 3:10cv449DPJ-FKB
A Mississippi Limited Liability Company

In re WYATT & McALISTER, PLLC                    CASE NO. 3:10cv436HTW-LRA
A Mississippi Limited Liability Company

## JOINT MOTION TO CONSOLIDATE APPEALS AND FOR BRIEFING SCHEDULE

COMES NOW Appellant Wyatt & McAlister, PLLC (Debtor below), Appellant Derek A.

Wyatt (Interested Party Filer below) and Appellee Mary E. McAlister (Interested Party Filer below)

and jointly request that the Court enter an order consolidating the above-captioned appeals arising

out an of April 23, 2010, Order entered in Case No. 09-04354-ee, by the United States Bankruptcy

Court for the Southern District of Mississippi. Specifically, the parties jointly request that the appeal

assigned case number 3:10cv436HTW-LRA be consolidated into the primary appeal assigned case

number 3:10cv449DPJ-FKB. Further, following consolidation of these appeals, the parties jointly

request entry of a briefing schedule. In support of this request, the parties will show unto the Court

the following:

1.      Wyatt & McAlister, PLLC ("W&M PLLC") is a professional limited liability

company originally formed on September 22, 2008, under the provisions of the Mississippi Limited

Liability Company Act by two members, Derek A. Wyatt ("Wyatt") and Mary E. McAlister

("McAlister").

2.      On December 10, 2009, acting through retained bankruptcy counsel Vann F. Leonard,

Esq., W&M PLLC filed a Voluntary Chapter 7 Petition in the United States Bankruptcy Court for

the Southern District. [BR Dkt. No. 1].[1]

3.      On December 14, 2009, acting through her separate counsel Lawrence E. Allison,

---

[1]

Unless otherwise indicated, all docket citations prefaced "BR Dkt." refer to the Bankruptcy Court docket
styled *In re Wyatt & McAlister, PLLC*, Chapter 7 Proceeding, Case No. 09-04354ee.

Esq., McAlister filed an Emergency Motion to Dismiss W&M's Chapter 7 Voluntary Petition. [BR Dkt. No. 6]

4.     On December 15, 2009, W&M PLLC filed an objection to McAlister's Emergency Motion to Dismiss. [BR Dkt. No. 8].

5.     On January 27, 2010, interested party filer Wyatt filed an objection to McAlister's Emergency Motion to Dismiss. [BR Dkt. No. 43].

6.     On April 23, 2010, over the objection of W&M PLLC and Wyatt, the Bankruptcy Court entered findings of fact and conclusions of law [BR Dkt. No. 88] and a Final Judgment granting McAlister's Emergency Motion to Dismiss. [BR Dkt. No. 89].

7.     On June 9, 2010, W&M PLLC filed a notice of appeal to this Court. [BR Dkt. No. 103]. Thereafter, the Clerk's Office for the United States District Court for the Southern District of Mississippi assigned case number 3:10cv436HTW-LRA to W&M PLLC's appeal. [BR Dkt. No. 129].

8.     On June 23, 2010, interested party filer Derek A. Wyatt filed a notice of appeal to this Court. [BR Dkt. No. 109]. Thereafter, the Clerk's office for the United States District Court for the Southern District of Mississippi assigned case number 3:10cv449DPJ-FKB to Wyatt's appeal. [BR Dkt. No. 130].

9.     Counsel for Appellant W&M PLLC and counsel for Appellee McAlister have contacted the Deputy Clerk of this Court to discuss consolidation of these appeals into a single action. Counsel for Appellant W&M PLLC has been advised by the Deputy Clerk that the primary appeal in this matter has been assigned case number 3:10cv449-DPJ-FKB, and that if the parties wish to have these appeals consolidated, they should seek such relief through a motion filed with the Court.

**10.** Appellant W&M PLLC, Appellant Wyatt and Appellee McAlister jointly request that the Court enter an order consolidating case number 3:10cv436HTW-LRA into the primary appeal assigned case number 3:10cv449DPJ-FKB. Consolidation of these appeals into a single case bearing case number 3:10cv449DPJ-FKB will conserve the resources of the parties as it will permit a single set of appeal briefs to be filed by the parties. Further, consolidation will conserve the resources of the Court as it will result in a single District Judge being assigned to the consolidated appeal. Additionally, consolidation will negate the possibility of inconsistent rulings on the same legal issue(s). Finally, consolidation will conserve the resources of the Clerk's office as it will eliminate the need to compile and maintain two separate appeal dockets.

**11.** Consolidation will not result in any prejudice to creditors or other interested parties or persons associated with the bankruptcy proceeding below.

**12.** Lastly, assuming the Court is in agreement with the joint motion for consolidation, the parties jointly request entry of a briefing schedule for the submittal of briefs but otherwise following the briefing protocol applicable to appeals from the bankruptcy court to the United States District Court.

ACCORDINGLY, the parties jointly request that the Court enter an order consolidating the appeal assigned case number 3:10cv436HTW-LRA into the primary appeal assigned case number 3:10cv449DPJ-FKB. Further, following consolidation of these appeals into a single action bearing case number 3:10cv449DPJ-FKB, the parties jointly request entry of a briefing schedule for the submittal of briefs but otherwise following the briefing protocol applicable to appeals from the bankruptcy court to the United States District Court.

This the 27th day of August, 2010.

Respectfully submitted,

WYATT & MCALISTER, PLLC
Appellant (Debtor below)

By:   /s/ Vann F. Leonard
      Its Attorney

      Vann F. Leonard, Esq. (MSB No. 9611)
      Post Office Box 16026
      Jackson, MS 39236
      Telephone: (601) 605-8228
      vfllaw@bellsouth.net

      DEREK A. WYATT
      Appellant (Interested Party Filer below)

By:   /s/ Derek A. Wyatt
      *pro se*

      Derek A. Wyatt, Esq. (MSB No. 7413)
      102 Northlake Lane
      Madison, MS 39110
      Telephone: (601) 954-1140
      dwyatt@wyattlawpllc.com

      MARY E. McALISTER,
      Appellee (Interested Party Filer below)

By:   /s/ Joseph Anthony Sclafani
      One of Her Attorneys

      Lawrence E. Allison, Jr., Esq. (MSB No. 1534)
      Joseph A. Sclafani, Esq. (MSB No. 99670)
      Brunini, Grantham, Grower & Hewes, PLLC
      The Pinnacle Building, Suite 100
      190 East Capitol Street
      Post Office Drawer 119
      Jackson, MS 39205
      Telephone: 601-948-3101
      Facsimile: 601-960-6902
      lallison@brunini.com
      jsclafani@brunini.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be mailed by prepaid First Class United States

Mail a true and correct copy of the above and foregoing Motion electronically filed with the Clerk

of this Court using the ECF system, to the following persons named below:

Further, I hereby certify that I have mailed by United States Postal Service the document to

the following:  NONE.

Derek A. Wyatt, Esq.
102 Northlake Lane
Madison, MS  39110
dwyatt@wyattlawpllc.com

Lawrence E. Allison, Jr., Esq. (MSB No. 1534)
Joseph A. Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, MS  39205
lallison@brunini.com
jsclafani@brunini.com

This the 27th day of August, 2010.

/s/  Vann F. Leonard