## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**IN RE WYATT & McALISTER, PLLC**          **CIVIL NO. 3:10cv436-HTW-LRA**
**A Mississippi Limited Liability Company**

**IN RE WYATT & McALISTER, PLLC**          **CIVIL NO. 3:10cv449-DPJ-FKB**
**A Mississippi Limited Liability Company**

## ORDER

Before the Court is the parties' Joint Motion to Consolidate Appeals and for Briefing Schedule.[1] The Court finds that consolidation is appropriate under Fed.R.Civ. P 42(a). Pursuant to Local Rule 42, the lower docket number shall control the designation of the district judge and magistrate judge.

ACCORDINGLY, it is, therefore, ORDERED:

1. The above styled cases, *In re: Wyatt & McAlister, PLLC*, Cause No. 3:10cv436-HTW-LRA, and *Wyatt & McAlister, PLLC,* Cause No. 3:10cv449-DPJ-FKB, are hereby consolidated for all purposes.

2. In accordance with the local rules of the Court, the lower numbered case, 3:10cv436-HTW-LRA, shall be the lead case, and shall be used for future pleadings for both cases. District Judge Henry T. Wingate shall be the presiding district judge for the consolidated cases.

---

[1] ECF No. 6.

3. The Clerk of the Court is directed to make any appropriate revisions to the docket of these cases.

4. Counsel are directed to confer and present to the undersigned Magistrate Judge a proposed agreed scheduling order setting out the preferred briefing schedule.

SO ORDERED, this the 22nd day of October, 2010.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE