IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE WYATT & McALISTER, PLLC
A Mississippi Limited Liability Company    CIVIL NO. 3:10cv436-HTW-LRA

*Consolidated with*

IN RE WYATT & McALISTER, PLLC
A Mississippi Liability Company    CIVIL NO. 3:10cv449-DPJ-FKB

## RESPONSE TO MOTION FOR ADDITIONAL TIME

Interested Party Filer/Appellee Mary McAlister ("McAlister") has no objection to Appellant's request for an extension of time up to and including December 27, 2010 to file Appellant's opening brief [Docket No. 8]. Further, McAlister respectfully requests that the Court enter the following briefing schedule in connection with this appeal from the Order of the United States Bankruptcy Court dismissing Debtor's Petition:

Appellants (Debtor and Interested Party Filer Derek A. Wyatt) shall file their opening brief on or before **December 27, 2010**.

Appellee (Interested Party Filer Mary McAlister) shall file her response brief on or before **January 28, 2011**.

Appellants (Debtor and Interested Party Filer Derek A. Wyatt) shall file their reply brief on or before **February 11, 2011**.

This the 16th day of November, 2010.

         Respectfully submitted,

         MARY E. McALISTER,
         Member of Wyatt & McAlister, PLLC

         By: /s/ Joseph Anthony Sclafani
           One of Her Attorneys

OF COUNSEL:

Lawrence E. Allison, Jr., Esq. (MSB No. 1534)
Joseph A. Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, MS  39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
lallison@brunini.com
jsclafani@brunini.com

## CERTIFICATE OF SERVICE

I, Joseph Anthony Sclafani, hereby certify that on November 16, 2010, I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent electronic notification of such filing to All Counsel of Record.

Further, I hereby certify that I have mailed by United States Postal Service the document to the following: NONE.

This the 16th day of November, 2010.

s/ <u>Joseph Anthony Sclafani</u>