IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE WYATT & McALISTER, PLLC
A Mississippi Limited Liability Company          CIVIL NO. 3:10cv436-HTW-LRA

*Consolidated with*

IN RE WYATT & McALISTER, PLLC
A Mississippi Liability Company          CIVIL NO. 3:10cv449-DPJ-FKB

## SCHEDULING ORDER

The parties are hereby ORDERED to submit briefing in connection with this appeal from the United States Bankruptcy Court in accordance with the following schedule:

Appellants (Debtor and Interested Party Filer Derek A. Wyatt) shall file their opening brief on or before **December 27, 2010**.

Appellee (Interested Party Filer Mary McAlister) shall file her response brief on or before **January 28, 2011**.

Appellants (Debtor and Interested Party Filer Derek A. Wyatt) shall file their reply brief on or before **February 11, 2011**.

SO ORDERED, this the 30th day of November, 2010.

_____
HONORABLE LINDA ANDERSON
UNITED STATES MAGISTRATE JUDGE